IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TIMOTHY J. SAMUEL
#68020                                                                                                    PLAINTIFF

V.                              NO. 4:23-cv-00678-BRW

D. GOACHER, *et al*.                                                                              DEFENDANTS

## ORDER

I have reviewed the Recommended Disposition[1] submitted by United States Magistrate Judge Edie R. Ervin. No objections have been filed. After careful consideration, I approve and adopt the Recommended Disposition in all respects.

Defendants' motion for summary judgment[2] is GRANTED. Mr. Samuel's claims are DISMISSED, without prejudice, based on his failure to exhaust his administrative remedies.

IT IS SO ORDERED this 3rd day of January, 2024.

BILLY ROY WILSON
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 25.

[2] Doc. No. 21.